IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | \* |
| | \* |
| v. | No. 15-4158 |
| | \* |
| LYNDON MILLER | |
| | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO EXTEND TIME FOR REPLY BRIEFING**

Comes now Appellant herein, Lyndon Miller, by and through his counsel, Michael D. Montemarano, Esq., and Michael D. Montemarano, P.A., as appointed counsel pursuant to the CJA, and as sole appellate counsel in this single appellant criminal appeal, and does move for the extension of the time for the briefing of this matter, and in support thereof does state:

1. The Joint Reply Brief of Appellants on July 27, 2015, per the current briefing order.

2. Undersigned counsel will not learn before July 29 from his neurosurgeon when he will be permitted to ride in a car, or return to the office. Counsel has been out of the office on extended medical leave due to spinal surgery, which included a three-week hospitalization, and only this week has regained the strength to begin to work at home on a limited basis.

3. In addition, counsel has been unable to consult with Appellant, who has demanded a copy of the transcript, and whose input cannot be ignored, as he represented himself pro se at trial.

4. Appellant therefore request that the time for briefing be extended, and the due date of the Brief of Appellant be rescheduled to no earlier than August 27, 2015.

5. Counsel for Appellant is authorized to state that counsel for Appellee, Assistant United States Attorney Christopher Romano, does not object to this request.

                                                          Respectfully submitted,

July 23, 2015                                  /s/
                                              MICHAEL D. MONTEMARANO

                                              Michael D. Montemarano, P.A.
                                              10630 Little Patuxent Parkway
                                              Suite 146
                                              Columbia, Maryland  21044
                                              (410) 992-0067/Fax 992-6915
                                              Counsel of Record/CJA Counsel
                                                    For Appellant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on or before this 23rd day of July, 2015, a copy of the foregoing Motion to Extend Time for Briefing was served via CM/ECF and direct email, to Christopher Romano, Esq., Assistant United States Attorney, 36 South Charles Street, Suite 400, Baltimore, MD 21201, counsel for Appellee.

                                                       /s/
                                              MICHAEL D. MONTEMARANO