FILED: July 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4158

(1:13-cr-00342-MJG-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LYNDON FACISCO MILLER

    Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule. No further extensions will be granted for the opening brief and joint appendix. The briefing schedule is extended as follows:

    Appendix due: 08/24/2015

    Opening brief due: 08/24/2015

    Response brief due: 09/17/2015

    Any reply brief: 10 days from service of response brief.

                              For the Court--By Direction

                              /s/ Patricia S. Connor, Clerk